# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2020

161753 & (43)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PRIORITIES USA and RISE, INC.,
          Plaintiffs-Appellants,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 161753
COA: 354096
Court of Claims: 19-000191-MZ

SECRETARY OF STATE,
          Defendant-Appellee,

and

HOUSE OF REPRESENTATIVES and SENATE,
          Intervening Defendants-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



          Clerk

p0811